In the Matter of the Claim of JOHN V. CLARK, Respondent, against THE CITY OF NEW YORK, Appellant. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of THOMAS AHEARN, Respondent, against UNITED VAN LINES, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of IRVING ADAMS, Respondent, against CHAS. FREIHOFER BAKING CO., INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.,
concur.